# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re: §
§
Andrew Holec § Case No. 15-02683
Dani M Holec §
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/28/2015 . The undersigned trustee was appointed on 01/28/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $    26,550.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 500.00 |
   | Bank service fees | 941.20 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 25,108.80 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was  12/07/2015  and the deadline for filing governmental claims was  12/07/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,405.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 3,405.00 , for a total compensation of $ 3,405.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 26.73 , for total expenses of $ 26.73 [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/29/2018                    By: /s/Joji Takada, Chapter 7 Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 15-02683 BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|
| Case Name: | Andrew Holec | | | Date Filed (f) or Converted (c): | 01/28/2015 (f) |
| | Dani M Holec | | | 341(a) Meeting Date: | 02/26/2015 |
| For Period Ending: | 11/29/2018 | | | Claims Bar Date: | 12/07/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 412 Crawford Peotone, Il Valued At $30,000.00 Actual P | 30,000.00 | 0.00 | | 24,550.00 | FA |
| 2. Checking Account - Chase Bank Account No. 7534310 Location: | 207.00 | 0.00 | | 0.00 | FA |
| 3. Wearing Aparel Location: In Debtor's Possession | 2,450.00 | 0.00 | | 0.00 | FA |
| 4. Furs And Jewelry Location: In Debtor's Possession | 100.00 | 0.00 | | 0.00 | FA |
| 5. Firearms Sports, Photographic And Hobby Equipment Location: | 100.00 | 0.00 | | 0.00 | FA |
| 6. Automobile - 2000 Lesus Es 300 Location: In Debtor's Possess | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Automobile - 2006 Buick Location: In Debtor's Possession | 8,200.00 | 0.00 | | 2,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $43,057.00 $0.00 $26,550.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigating value of real estate and post-petition transfer of vehicle. - Joji Takada 3/11/2015

Hired real estate broker re: primary residence. - Joji Takada 7/11/2015

Compromise with Debtor re: primary residence and post-petition transfer of vehicle. - Joji Takada 10/11/2015

Debtor making installment payment re: compromise. - Joji Takada 12/22/2015

Debtor making installment payment re: compromise. - Joji Takada 5/2/2016

Debtor making installment payment re: compromise. - Joji Takada 9/12/2016

Debtor making installment payment re: compromise. - Joji Takada 12/20/2016

Debtor making installment payment re: compromise. - Joji Takada 3/20/2016

Consulting with accountant re: tax return. - Joji Takada 6/15/2017

Hire accountant re: tax return. - Joji Takada 11/1/2017

Returns filed. Awaiting prompt determination. - Joji Takada 2/20/2018

Awaiting prompt determination. - Joji Takada 6/8/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 15-02683 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Andrew Holec | Bank Name: Associated Bank |
| Dani M Holec | Account Number/CD#: XXXXXX0114 |
| | Checking |
| Taxpayer ID No: XX-XXX3540 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/29/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/17/15 | | David Holec | Settlement payment Installment payment re compromise of debtor's primary residence and post-petition sale of vehicle | | | $8,850.00 | | $8,850.00 |
| | | | Gross Receipts | $8,850.00 | | | | |
| | 1 | | 412 Crawford Peotone, Il Valued At $30,000.00 Actual P | $6,850.00 | 1110-000 | | | |
| | 7 | | Automobile - 2006 Buick Location: In Debtor's Possession | $2,000.00 | 1129-000 | | | |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $8,840.00 |
| 10/26/15 | 1 | Dani Holec | Settlement payment Installment payment re compromise of primary residence | | 1110-000 | $1,966.00 | | $10,806.00 |
| 10/30/15 | 1001 | Prestige Properties Real Estate Pros Inc 2 River Place Ste R Lansing, IL 60438 Attn: Michael Hansbrough | Payment to trustee professional Trustee real estate professional | | 3510-001 | | $500.00 | $10,306.00 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $13.71 | $10,292.29 |
| 11/23/15 | 1001 | Prestige Properties Real Estate Pros Inc 2 River Place Ste R Lansing, IL 60438 Attn: Michael Hansbrough | Payment to trustee professional Reversal Trustee real estate professional | | 3510-000 | | ($500.00) | $10,792.29 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $15.53 | $10,776.76 |
| 12/14/15 | 1002 | Michael Hansbrough Prestige Properties Real Estate Pros Inc 2 River Place Ste R Lansing, IL 60438 | Payment to trustee professional Appraisal fee to real estate broker | | 3510-000 | | $500.00 | $10,276.76 |
| 01/07/16 | 1 | Dani Holec | Settlement payment Installment payment re: Debtor's compromise of primary residence | | 1110-000 | $1,966.00 | | $12,242.76 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $15.97 | $12,226.79 |
| | | | Page Subtotals: | | | $12,782.00 | $555.21 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-02683 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | Andrew Holec | Bank Name: | Associated Bank |
|  | Dani M Holec | Account Number/CD#: | XXXXXX0114 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX3540 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/29/2018 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/05/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $17.61 | $12,209.18 |
| 02/18/16 | 1 | Dani Holec | Settlement payment Installment payment from Debtor re compromise of primary residence and vehicle | 1110-000 | $1,966.00 |  | $14,175.18 |
| 03/07/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $18.11 | $14,157.07 |
| 04/07/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $21.05 | $14,136.02 |
| 04/27/16 |  | Joyce Maldonado |  | 1180-001 | $1,200.00 |  | $15,336.02 |
| 04/27/16 | 1 | Dani M Holec | Settlement payment Installment payment re compromise of primary residence | 1110-000 | $1,966.00 |  | $17,302.02 |
| 04/29/16 |  | Joyce Maldonado | Reversal This check was incorrectly deposited in this account by the bank and appears on the bank statements, so the trustee was asked to show this check in the ledger. | 1180-000 | ($1,200.00) |  | $16,102.02 |
| 05/06/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $20.64 | $16,081.38 |
| 06/07/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $23.91 | $16,057.47 |
| 06/17/16 | 1 | Dani Holec | Settlement payment Installment payment from debtor re compromise of primary residence | 1110-000 | $1,966.00 |  | $18,023.47 |
| 07/08/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $24.42 | $17,999.05 |
| 08/05/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $26.76 | $17,972.29 |

Page Subtotals: $5,898.00   $152.50

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 15-02683 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Andrew Holec | Bank Name: Associated Bank |
| Dani M Holec | Account Number/CD#: XXXXXX0114 |
| | Checking |
| Taxpayer ID No: XX-XXX3540 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/29/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/02/16 | 1 | Dani HOlec | Settlement payment Installment payment re primary residence buyback | 1110-000 | $1,966.00 | | $19,938.29 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.72 | $19,911.57 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.55 | $19,883.02 |
| 11/01/16 | 1 | Dani Holec | Settlement payment Installment payment re: compromise of Debtor primary residence | 1110-000 | $1,966.00 | | $21,849.02 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.56 | $21,819.46 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.39 | $21,788.07 |
| 01/05/17 | 1 | Dani Holec | Settlement payment Payment re settlement of primary residence | 1110-000 | $1,966.00 | | $23,754.07 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.39 | $23,721.68 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.89 | $23,686.79 |
| 03/06/17 | 1 | Dani Holec | Settlement payment Final installment re primary residence | 1110-000 | $1,972.00 | | $25,658.79 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.81 | $25,626.98 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.63 | $25,589.35 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.82 | $25,552.53 |

|  |  |  |
|---|---|---|
| Page Subtotals: | $7,870.00 | $289.76 |

UST Form 101-7-TFR (5/1/2011)  *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD      Exhibit B

| Case No: | 15-02683 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- |
| Case Name: | Andrew Holec | Bank Name: | Associated Bank |
|  | Dani M Holec | Account Number/CD#: | XXXXXX0114 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX3540 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/29/2018 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $37.99 | $25,514.54 |
| 07/10/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $36.71 | $25,477.83 |
| 08/07/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $37.88 | $25,439.95 |
| 09/08/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $37.82 | $25,402.13 |
| 10/06/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $36.55 | $25,365.58 |
| 11/07/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $37.71 | $25,327.87 |
| 12/07/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $36.44 | $25,291.43 |
| 01/08/18 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $37.60 | $25,253.83 |
| 02/07/18 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $37.55 | $25,216.28 |
| 03/07/18 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $33.86 | $25,182.42 |
| 04/06/18 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $37.44 | $25,144.98 |
| 05/07/18 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $36.18 | $25,108.80 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | $26,550.00 | $1,441.20 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $26,550.00 | $1,441.20 |
| Page Subtotals: | $0.00 | $443.73 |

UST Form 101-7-TFR (5/1/2011)  *(Page: 8)*

|  |  |  |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $26,550.00 | $1,441.20 |

Exhibit B

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0114 - Checking | $26,550.00 | $1,441.20 | $25,108.80 |
| | $26,550.00 | $1,441.20 | $25,108.80 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $26,550.00 |
| Total Gross Receipts: | $26,550.00 |

Page Subtotals:                $0.00        $0.00

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 15-02683  
Debtor Name: Andrew Holec  
Claims Bar Date: 12/7/2015  

Date: November 29, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646<br>trustee@takadallc.com | Administrative | | $0.00 | $3,405.00 | $3,405.00 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646<br>trustee@takadallc.com | Administrative | | $0.00 | $26.73 | $26.73 |
| 100 3310 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Administrative | | $0.00 | $751.00 | $751.00 |
| 100 3510 | Michael Hansbrough<br>c/o Prestige Properties Real Estate Pros Inc<br>2 River Place Ste R<br>Lansing, IL 60438 | Administrative | | $0.00 | $0.00 | $500.00 |
| 300 7100 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Unsecured | | $0.00 | $29,401.04 | $29,401.04 |
| 1 300 7100 | Cavalry Spv I, Llc<br>500 Summit Lake Drive, Ste 400<br>Valhalla, Ny 10595 | Unsecured | | $0.00 | $53,002.03 | $53,002.03 |
| 2 300 7100 | Cavalry Spv I, Llc<br>500 Summit Lake Drive, Ste 400<br>Valhalla, Ny 10595 | Unsecured | | $0.00 | $8,344.68 | $8,344.68 |
| 3 300 7100 | Cavalry Spv I, Llc<br>500 Summit Lake Drive, Ste 400<br>Valhalla, Ny 10595 | Unsecured | | $0.00 | $13,906.09 | $13,906.09 |
| 4 300 7100 | Cavalry Spv I, Llc<br>500 Summit Lake Drive, Ste 400<br>Valhalla, Ny 10595 | Unsecured | | $0.00 | $10,371.99 | $10,371.99 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-02683  
Debtor Name: Andrew Holec  
Claims Bar Date: 12/7/2015  

Date: November 29, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5 300 7100 | American Infosource Lp As Agent For Td Bank, Usa Po Box 248866 Oklahoma City, Ok 73124-8866 | Unsecured | | $0.00 | $3,636.66 | $3,636.66 |
| 6 300 7100 | Discover Bank Discover Products Inc Po Box 3025 New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $6,575.95 | $6,575.95 |
| 7 300 7100 | Discover Bank Discover Products Inc Po Box 3025 New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $23,172.02 | $23,172.02 |
| 9 300 7100 | Bmo Harris Bank N.A. P.O. Box 2035 Milwaukee, Wi 53201-2035 | Unsecured | | $0.00 | $9,928.21 | $9,928.21 |
| 10 300 7100 | Portfolio Recovery Associates, Llc Successor To Ge Money Bank, F.S.B. (Gap) Pob 41067 Norfolk Va 23541 | Unsecured | | $0.00 | $2,274.14 | $2,274.14 |
| 11 350 7200 | Citibank, N.A. C/O American Infosource Lp Po Box 248840 Oklahoma City, Ok 73124-8840 | Unsecured | | $0.00 | $1,028.76 | $1,028.76 |
| 380 7300 | Internal Revenue Service P.O. Box 7317 Philadelphia, PA 19101-7317 | Unsecured | | $0.00 | $12,988.37 | $12,988.37 |
| 8 400 4110 | Irs Po Box 7317 Philadelphia, Pa 19101-7317 | Secured | | $0.00 | $34,857.00 | $0.00 |
| 8 400 4300 | Irs Po Box 7317 Philadelphia, Pa 19101-7317 | Secured | Payable pursuant to 11 USC Sec. 724(b)(2) and (3) | $0.00 | $34,857.00 | $34,857.00 |
| | Case Totals | | | $0.00 | $248,526.67 | $214,169.67 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2                    Printed: November 29, 2018

**UST Form 101-7-TFR (5/1/2011)** *(Page: 12)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-02683　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date: November 29, 2018
Debtor Name: Andrew Holec
Claims Bar Date: 12/7/2015

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-02683
Case Name: Andrew Holec
   Dani M Holec
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand $ 25,108.80

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | Irs | $ 34,857.00 | $ 34,857.00 | $ 0.00 | $ 20,926.07 |

Total to be paid to secured creditors  $ 20,926.07

Remaining Balance  $ 4,182.73

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 3,405.00 | $ 0.00 | $ 3,405.00 |
| Trustee Expenses: Joji Takada | $ 26.73 | $ 0.00 | $ 26.73 |
| Accountant for Trustee Fees: Callero and Callero LLP | $ 751.00 | $ 0.00 | $ 751.00 |
| Other: Michael Hansbrough | $ 500.00 | $ 500.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses  $ 4,182.73

Remaining Balance  $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 160,612.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|   | Internal Revenue Service | $ 29,401.04 | $ 0.00 | $ 0.00 |
| 1 | Cavalry Spv I, Llc | $ 53,002.03 | $ 0.00 | $ 0.00 |
| 2 | Cavalry Spv I, Llc | $ 8,344.68 | $ 0.00 | $ 0.00 |
| 3 | Cavalry Spv I, Llc | $ 13,906.09 | $ 0.00 | $ 0.00 |
| 4 | Cavalry Spv I, Llc | $ 10,371.99 | $ 0.00 | $ 0.00 |
| 5 | American Infosource Lp As Agent For | $ 3,636.66 | $ 0.00 | $ 0.00 |
| 6 | Discover Bank | $ 6,575.95 | $ 0.00 | $ 0.00 |
| 7 | Discover Bank | $ 23,172.02 | $ 0.00 | $ 0.00 |
| 9 | Bmo Harris Bank N.A. | $ 9,928.21 | $ 0.00 | $ 0.00 |
| 10 | Portfolio Recovery Associates, Llc | $ 2,274.14 | $ 0.00 | $ 0.00 |

| | Total to be paid to timely general unsecured creditors | $ | 0.00 |
|---|---|---|---|
| | Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 1,028.76 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Citibank, N.A. | $ 1,028.76 | $ 0.00 | $ 0.00 |

| | Total to be paid to tardy general unsecured creditors | $ | 0.00 |
|---|---|---|---|
| | Remaining Balance | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 12,988.37 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | Internal Revenue Service | $ 12,988.37 | $ 0.00 | $ 0.00 |

| | Total to be paid to subordinated unsecured creditors | $ | 0.00 |
|---|---|---|---|
| | Remaining Balance | $ | 0.00 |