# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 15-02683 |
| Andrew Holec | § | Chapter 7 |
| Dani M Holec | § | |
|     Debtor(s) | § | |
| | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND
## DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Clerk of the Court
        219 South Dearborn
        Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held as follows:

      Date: February 15, 2019
      Time: 10:00 A.M.
  Location: Joliet City Hall
          Second Floor
          150 West Jefferson Street
          Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 1/15/19          By:   /s/ Joji Takada
                                                                Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
Andrew Holec § Case No. 15-02683
Dani M Holec §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 26,550.00 |
| and approved disbursements of | $ | 1,441.20 |
| leaving a balance on hand of[1] | $ | 25,108.80 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | Irs | $ 34,857.00 | $ 34,857.00 | $ 0.00 | $ 20,926.07 |
| | Total to be paid to secured creditors | | | $ | 20,926.07 |
| | Remaining Balance | | | $ | 4,182.73 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 3,405.00 | $ 0.00 | $ 3,405.00 |
| Trustee Expenses: Joji Takada | $ 26.73 | $ 0.00 | $ 26.73 |
| Accountant for Trustee Fees: Callero and Callero LLP | $ 751.00 | $ 0.00 | $ 751.00 |
| Other: Michael Hansbrough | $ 500.00 | $ 500.00 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 4,182.73 |
| Remaining Balance | | $ | 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 170,057.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
|  | Internal Revenue Service | $ 38,845.72 | $ 0.00 | $ 0.00 |
| 1 | Cavalry Spv I, Llc | $ 53,002.03 | $ 0.00 | $ 0.00 |
| 2 | Cavalry Spv I, Llc | $ 8,344.68 | $ 0.00 | $ 0.00 |
| 3 | Cavalry Spv I, Llc | $ 13,906.09 | $ 0.00 | $ 0.00 |
| 4 | Cavalry Spv I, Llc | $ 10,371.99 | $ 0.00 | $ 0.00 |
| 5 | American Infosource Lp As Agent For | $ 3,636.66 | $ 0.00 | $ 0.00 |
| 6 | Discover Bank | $ 6,575.95 | $ 0.00 | $ 0.00 |
| 7 | Discover Bank | $ 23,172.02 | $ 0.00 | $ 0.00 |
| 9 | Bmo Harris Bank N.A. | $ 9,928.21 | $ 0.00 | $ 0.00 |
| 10 | Portfolio Recovery Associates, Llc | $ 2,274.14 | $ 0.00 | $ 0.00 |
| Total to be paid to timely general unsecured creditors | | | $ | 0.00 |

    Remaining Balance $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 1,028.76 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Citibank, N.A. | $ 1,028.76 | $ 0.00 | $ 0.00 |

    Total to be paid to tardy general unsecured creditors     $ 0.00

    Remaining Balance     $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 7,361.46 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
|  | Internal Revenue Service | $ 7,361.46 | $ 0.00 | $ 0.00 |

    Total to be paid to subordinated unsecured creditors     $ 0.00

    Remaining Balance     $ 0.00

Prepared By: Joji Takada
                                     Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-02683 |
| Andrew Holec | § | Chapter 7 |
| Dani M Holec | § | |
| Debtor(s) | § | |
| | § | |

**CERTIFICATE OF SERVICE**

To:   See attached Service List

I, the undersigned attorney, certify that I served a copy of **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** upon the person(s) listed above by mailing the same by First Class U.S. Mail at Chicago, Illinois on the date set forth below, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid documents with the Clerk of the Bankruptcy Court through the CM/ECF system.

Dated:  1/15/19                               */s/ Joji Takada*
                                              Bankruptcy Trustee

Prepared by:

Joji Takada
TAKADA LAW OFFICE, LLC
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00010923 / 2014 / 004 /}                    1

# SERVICE LIST

| | | |
|---|---|---|
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | American InfoSource LP as agent for TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| American Express Bank, FSB<br>Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | IRS<br>P O BOX 7317<br>PHILADELPHIA PA 19101-7317 | BMO Harris Bank N.A.<br>P.O. Box 2035<br>Milwaukee, WI 53201-2035 |
| Portfolio Recovery Associates, LLC successor to GE MONEY BANK, F.S.B. (GAP)<br>POB 41067<br>Norfolk VA 23541 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | ANDREW HOLEC<br>Dani Holec<br>412 East Crawford<br>Peotone, IL 60468 |

- Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
- George M Stuhr    stuhr_drell2@earthlink.net

{00010923 / 2014 / 004 /}                                    2