# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: § | |
| § | |
| Andrew Holec § | Case No. 15-02683 |
| Dani M Holec § | |
| § | |
| Debtors § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 37,357.00 |
| Total Distributions to Claimants: 20,926.07 | Claims Discharged Without Payment: 457,402.92 |
| Total Expenses of Administration: 5,623.93 | |

3) Total gross receipts of $ 26,550.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 26,550.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 69,714.00 | $ 34,857.00 | $ 20,926.07 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,123.93 | 5,623.93 | 5,623.93 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 3,857.29 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 236,526.28 | 217,019.35 | 217,019.35 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 240,383.57 | $ 291,857.28 | $ 257,500.28 | $ 26,550.00 |

4) This case was originally filed under chapter 7 on 01/28/2015 . The case was pending for 51 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/10/2019              By: /s/Joji Takada, Chapter 7 Trustee
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 412 Crawford Peotone, Il Valued At $30,000.00 Actual P | 1110-000 | 24,550.00 |
| Automobile - 2006 Buick Location: In Debtor's Possession | 1129-000 | 2,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$26,550.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Irs | 4110-000 | NA | 34,857.00 | 0.00 | 0.00 |
| 8 | Irs | 4300-000 | NA | 34,857.00 | 34,857.00 | 20,926.07 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 69,714.00** | **$ 34,857.00** | **$ 20,926.07** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 3,405.00 | 3,405.00 | 3,405.00 |
| Joji Takada | 2200-000 | NA | 26.73 | 26.73 | 26.73 |
| Associated Bank | 2600-000 | NA | 941.20 | 941.20 | 941.20 |
| Callero and Callero LLP | 3310-000 | NA | 751.00 | 751.00 | 751.00 |
| Michael Hansbrough | 3510-000 | NA | 0.00 | 500.00 | 500.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,123.93 | $ 5,623.93 | $ 5,623.93 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 Will County Treasurer 302 N. Chicago Street Joliet IL 60432 | | 3,857.29 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 3,857.29 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 Allstate Insurance Company Payment Processing Center P.O. Box 55156 Boston MA 02205-5156 | | 2,950.98 | NA | NA | 0.00 |
| | Creditor # :10 Ge Capital Retail Ba | | 946.00 | NA | NA | 0.00 |
| | Creditor # :11 Ge Money Bank c/o Portfolio Recovery Assets 120 CORPORATE BLVD STE 1 Norfolk VA 23502 | | 2,246.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :12 Ge Money Bank c/o Portfolio Recovery Assets 120 CORPORATE BLVD STE 1 Norfolk VA 23502 | | 182.00 | NA | NA | 0.00 |
| | Creditor # :13 Gemb/ Lowes Consumer c/o Asset Acceptance LLC P.O. Box 1630 Warren MI 48090-2036 | | 15,304.00 | NA | NA | 0.00 |
| | Creditor # :14 IRS P.O. Box 7317 Philadelphia PA 19101-7317 | | 35,899.34 | NA | NA | 0.00 |
| | Creditor # :15 IRS P.O. Box 7317 Philadelphia PA 19101-7317 | | 50,054.96 | NA | NA | 0.00 |
| | Creditor # :16 Kohls/capone C/O Vision Financial Corp P.O. Box 7377 Rockford IL 61126-7477 | | 343.00 | NA | NA | 0.00 |
| | Creditor # :17 Pnc Bank Po Box 3180 Pittsburgh PA 15230 | | 8,942.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :18 Pronger Smith Clinic C/O CREDITORS DISCOUNT & AUDIT 415 E MAIN ST Streator IL 61364 | | 2,344.00 | NA | NA | 0.00 |
| | Creditor # :19 Radio/cbna Po Box 6497 Sioux Falls SD 57117 | | 1,028.00 | NA | NA | 0.00 |
| | Creditor # :2 Bmo Harris Bank C/O Sunrise Credit Services, P.O. Box 9100 Farmingdale NY 11735-9100 | | 9,928.00 | NA | NA | 0.00 |
| | Creditor # :20 Rbs Citizens Na 1000 Lafayette Blvd Bridgeport CT 06604 | | 10,981.00 | NA | NA | 0.00 |
| | Creditor # :21 Td Bank Usa/targetcred C/O Blaatt, Hassenmiller, Leib 125 South Wacker Drive Chicago IL 60606-4440 | | 3,281.00 | NA | NA | 0.00 |
| | Creditor # :22 Td Bank Usa/targetcred Po Box 673 Minneapolis MN 55440 | | 8,009.00 | NA | NA | 0.00 |
| | Creditor # :23 Thd/cbna Po Box 6497 Sioux Falls SD 57117 | | 8,959.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :24 United States of America c/o Attorney General 219 S. Dearborn St. 5th Floor Chicago IL 60604 | | 0.00 | NA | NA | 0.00 |
| | Creditor # :25 Webbank/dfs 1 Dell Way Round Rock TX 78682 | | 3,706.00 | NA | NA | 0.00 |
| | Creditor # :26 Witham Sales Servi c/o Regional Recovery Services 5250 S HOMAN AVE Hammond IN 46320 | | 138.00 | NA | NA | 0.00 |
| | Creditor # :27 World Financial Netw Portfolio Recovery Assets 120 CORPORATE BLVD STE 1 Norfolk VA 23502 | | 380.00 | NA | NA | 0.00 |
| | Creditor # :3 Chase C/O Nationwide Credit, Inc 1150 East University Drive Fir Tempe AZ 85281 | | 22,706.00 | NA | NA | 0.00 |
| | Creditor # :4 Chase Po Box 15298 Wilmington DE 19850 | | 1,605.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :5 Comed 26499 C/O CCI 2915 PROFESSIONAL PARKWAY Augusta GA 30907-3540 | | 900.00 | NA | NA | 0.00 |
| | Creditor # :6 Comed Residential R C/O CBE Group 1309 TECHNOLOGY PKWY Cedar Falls IA 50613 | | 381.00 | NA | NA | 0.00 |
| | Creditor # :7 Discover Fin Svcs Llc Po Box 15316 Wilmington DE 19850 | | 23,172.00 | NA | NA | 0.00 |
| | Creditor # :8 Discover Fin Svcs Llc Po Box 15316 Wilmington DE 19850 | | 6,575.00 | NA | NA | 0.00 |
| | Creditor # :9 Fia Card Services N c/o Portfolio Recovery Associa 120 CORPORATE BLVD STE 1 Norfolk VA 23502 | | 15,565.00 | NA | NA | 0.00 |
| | Representing: Allstate Insurance Company | | 0.00 | NA | NA | 0.00 |
| | Representing: Bmo Harris Bank | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: Chase | | 0.00 | NA | NA | 0.00 |
| | Representing: Comed 26499 | | 0.00 | NA | NA | 0.00 |
| | Representing: Comed Residential R | | 0.00 | NA | NA | 0.00 |
| | Representing: Discover Fin Svcs Llc | | 0.00 | NA | NA | 0.00 |
| | Representing: Fia Card Services N | | 0.00 | NA | NA | 0.00 |
| | Representing: Ge Capital Retail Ba | | 0.00 | NA | NA | 0.00 |
| | Representing: Ge Capital Retail Ba | | 0.00 | NA | NA | 0.00 |
| | Representing: Ge Money Bank | | 0.00 | NA | NA | 0.00 |
| | Representing: Ge Money Bank | | 0.00 | NA | NA | 0.00 |
| | Representing: Gemb/ Lowes Consumer | | 0.00 | NA | NA | 0.00 |
| | Representing: Kohls/capone | | 0.00 | NA | NA | 0.00 |
| | Representing: Pronger Smith Clinic | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: Td Bank Usa/targetcred | | 0.00 | NA | NA | 0.00 |
| | Representing: Witham Sales Servi | | 0.00 | NA | NA | 0.00 |
| | Representing: World Financial Netw | | 0.00 | NA | NA | 0.00 |
| 5 | American Infosource Lp As Agent For | 7100-000 | NA | 3,636.66 | 3,636.66 | 0.00 |
| 9 | Bmo Harris Bank N.A. | 7100-000 | NA | 9,928.21 | 9,928.21 | 0.00 |
| 1 | Cavalry Spv I, Llc | 7100-000 | NA | 53,002.03 | 53,002.03 | 0.00 |
| 2 | Cavalry Spv I, Llc | 7100-000 | NA | 8,344.68 | 8,344.68 | 0.00 |
| 3 | Cavalry Spv I, Llc | 7100-000 | NA | 13,906.09 | 13,906.09 | 0.00 |
| 4 | Cavalry Spv I, Llc | 7100-000 | NA | 10,371.99 | 10,371.99 | 0.00 |
| 6 | Discover Bank | 7100-000 | NA | 6,575.95 | 6,575.95 | 0.00 |
| 7 | Discover Bank | 7100-000 | NA | 23,172.02 | 23,172.02 | 0.00 |
| | Internal Revenue Service | 7100-000 | NA | 29,401.04 | 29,401.04 | 0.00 |
| 8 | Irs | 7100-000 | NA | 42,389.41 | 42,389.41 | 0.00 |
| 10 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 2,274.14 | 2,274.14 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Citibank, N.A. | 7200-000 | NA | 1,028.76 | 1,028.76 | 0.00 |
|  | Internal Revenue Service | 7300-000 | NA | 12,988.37 | 12,988.37 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 236,526.28 | $ 217,019.35 | $ 217,019.35 | $ 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-02683 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Andrew Holec | | | | Date Filed (f) or Converted (c): | 01/28/2015 (f) |
| | Dani M Holec | | | | 341(a) Meeting Date: | 02/26/2015 |
| For Period Ending: | 04/10/2019 | | | | Claims Bar Date: | 12/07/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 412 Crawford Peotone, Il Valued At $30,000.00 Actual P | 30,000.00 | 0.00 | | 24,550.00 | FA |
| 2. Checking Account - Chase Bank Account No. 7534310 Location: | 207.00 | 0.00 | | 0.00 | FA |
| 3. Wearing Aparel Location: In Debtor's Possession | 2,450.00 | 0.00 | | 0.00 | FA |
| 4. Furs And Jewelry Location: In Debtor's Possession | 100.00 | 0.00 | | 0.00 | FA |
| 5. Firearms Sports, Photographic And Hobby Equipment Location: | 100.00 | 0.00 | | 0.00 | FA |
| 6. Automobile - 2000 Lesus Es 300 Location: In Debtor's Possess | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Automobile - 2006 Buick Location: In Debtor's Possession | 8,200.00 | 0.00 | | 2,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $43,057.00   $0.00   $26,550.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 8

Investigating value of real estate and post-petition transfer of vehicle. - Joji Takada 3/11/2015

Hired real estate broker re: primary residence. - Joji Takada 7/11/2015

Compromise with Debtor re: primary residence and post-petition transfer of vehicle. - Joji Takada 10/11/2015

Debtor making installment payment re: compromise. - Joji Takada 12/22/2015

Debtor making installment payment re: compromise. - Joji Takada 5/2/2016

Debtor making installment payment re: compromise. - Joji Takada 9/12/2016

Debtor making installment payment re: compromise. - Joji Takada 12/20/2016

Debtor making installment payment re: compromise. - Joji Takada 3/20/2016

Consulting with accountant re: tax return. - Joji Takada 6/15/2017

Hire accountant re: tax return. - Joji Takada 11/1/2017

Returns filed.  Awaiting prompt determination. - Joji Takada 2/20/2018

Awaiting prompt determination. - Joji Takada 6/8/2018

TFR in process. - Joji Takada 10/16/2018

TFR filed. - Joji Takada 12/26/2018


Initial Projected Date of Final Report (TFR): 05/30/2017         Current Projected Date of Final Report (TFR): 06/30/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-02683 | | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | Andrew Holec | | Bank Name: | Associated Bank |
| | Dani M Holec | | Account Number/CD#: | XXXXXX0114 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX3540 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/10/2019 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/17/15 | | David Holec | Settlement payment Installment payment re compromise of debtor's primary residence and post-petition sale of vehicle | | $8,850.00 | | $8,850.00 |
| | | | Gross Receipts $8,850.00 | | | | |
| | 1 | | 412 Crawford Peotone, Il   $6,850.00 Valued At $30,000.00 Actual P | 1110-000 | | | |
| | 7 | | Automobile - 2006 Buick   $2,000.00 Location: In Debtor's Possession | 1129-000 | | | |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $8,840.00 |
| 10/26/15 | 1 | Dani Holec | Settlement payment Installment payment re compromise of primary residence | 1110-000 | $1,966.00 | | $10,806.00 |
| 10/30/15 | 1001 | Prestige Properties Real Estate Pros Inc 2 River Place Ste R Lansing, IL 60438 Attn: Michael Hansbrough | Payment to trustee professional  Trustee real estate professional | 3510-000 | | $500.00 | $10,306.00 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.71 | $10,292.29 |
| 11/23/15 | 1001 | Prestige Properties Real Estate Pros Inc 2 River Place Ste R Lansing, IL 60438 Attn: Michael Hansbrough | Payment to trustee professional Reversal Trustee real estate professional | 3510-000 | | ($500.00) | $10,792.29 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.53 | $10,776.76 |
| 12/14/15 | 1002 | Michael Hansbrough Prestige Properties Real Estate Pros Inc 2 River Place Ste R Lansing, IL 60438 | Payment to trustee professional  Appraisal fee to real estate broker | 3510-000 | | $500.00 | $10,276.76 |

Page Subtotals: $10,816.00   $539.24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-02683 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- |
| Case Name: | Andrew Holec | Bank Name: | Associated Bank |
| | Dani M Holec | Account Number/CD#: | XXXXXX0114 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3540 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/10/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/07/16 | 1 | Dani Holec | Settlement payment Installment payment re: Debtor's compromise of primary residence | 1110-000 | $1,966.00 | | $12,242.76 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.97 | $12,226.79 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.61 | $12,209.18 |
| 02/18/16 | 1 | Dani Holec | Settlement payment Installment payment from Debtor re compromise of primary residence and vehicle | 1110-000 | $1,966.00 | | $14,175.18 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.11 | $14,157.07 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.05 | $14,136.02 |
| 04/27/16 | | Joyce Maldonado | | 1180-000 | $1,200.00 | | $15,336.02 |
| 04/27/16 | 1 | Dani M Holec | Settlement payment Installment payment re compromise of primary residence | 1110-000 | $1,966.00 | | $17,302.02 |
| 04/29/16 | | Joyce Maldonado | Reversal This check was incorrectly deposited in this account by the bank and appears on the bank statements, so the trustee was asked to show this check in the ledger. | 1180-000 | ($1,200.00) | | $16,102.02 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.64 | $16,081.38 |

Page Subtotals: $5,898.00    $93.38

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-02683 | Trustee Name: Joji Takada, Chapter 7 Trustee | |
| Case Name: Andrew Holec | Bank Name: Associated Bank | |
| Dani M Holec | Account Number/CD#: XXXXXX0114 | |
| | Checking | |
| Taxpayer ID No: XX-XXX3540 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 04/10/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.91 | $16,057.47 |
| 06/17/16 | 1 | Dani Holec | Settlement payment Installment payment from debtor re compromise of primary residence | 1110-000 | $1,966.00 | | $18,023.47 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.42 | $17,999.05 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.76 | $17,972.29 |
| 09/02/16 | 1 | Dani HOlec | Settlement payment Installment payment re primary residence buyback | 1110-000 | $1,966.00 | | $19,938.29 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.72 | $19,911.57 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.55 | $19,883.02 |
| 11/01/16 | 1 | Dani Holec | Settlement payment Installment payment re: compromise of Debtor primary residence | 1110-000 | $1,966.00 | | $21,849.02 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.56 | $21,819.46 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.39 | $21,788.07 |
| 01/05/17 | 1 | Dani Holec | Settlement payment Payment re settlement of primary residence | 1110-000 | $1,966.00 | | $23,754.07 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.39 | $23,721.68 |
| | | | Page Subtotals: | | $7,864.00 | $223.70 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-02683 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Andrew Holec | Bank Name: Associated Bank |
| Dani M Holec | Account Number/CD#: XXXXXX0114 |
| | Checking |
| Taxpayer ID No: XX-XXX3540 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/10/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.89 | $23,686.79 |
| 03/06/17 | 1 | Dani Holec | Settlement payment Final installment re primary residence | 1110-000 | $1,972.00 | | $25,658.79 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.81 | $25,626.98 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.63 | $25,589.35 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.82 | $25,552.53 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.99 | $25,514.54 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.71 | $25,477.83 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.88 | $25,439.95 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.82 | $25,402.13 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.55 | $25,365.58 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.71 | $25,327.87 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.44 | $25,291.43 |

Page Subtotals: $1,972.00 $402.25

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-02683 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Andrew Holec | Bank Name: Associated Bank |
| Dani M Holec | Account Number/CD#: XXXXXX0114 |
| | Checking |
| Taxpayer ID No: XX-XXX3540 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/10/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.60 | $25,253.83 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.55 | $25,216.28 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.86 | $25,182.42 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.44 | $25,144.98 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.18 | $25,108.80 |
| 02/18/19 | 1003 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $3,405.00 | $21,703.80 |
| 02/18/19 | 1004 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $26.73 | $21,677.07 |
| 02/18/19 | 1005 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Final distribution per court order. | 3310-000 | | $751.00 | $20,926.07 |
| 02/18/19 | 1006 | Irs<br>Po Box 7317<br>Philadelphia, Pa 19101-7317 | Final distribution per court order. | 4300-000 | | $20,926.07 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $26,550.00 | $26,550.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $26,550.00 | $26,550.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $26,550.00 | $26,550.00 |

Page Subtotals: $0.00    $25,291.43

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0114 - Checking | $26,550.00 | $26,550.00 | $0.00 |
|  | $26,550.00 | $26,550.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $26,550.00 |
| Total Gross Receipts: | $26,550.00 |

Page Subtotals: $0.00    $0.00